IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**NATIONWIDE JUDGMENT**
**RECOVERY, INC.,**

    **Plaintiff,**

**v.**                                                Case No. 1:22-mc-55-AW-MAL

**HECTOR S. RODRIGUEZ,**

    **Defendant/Judgment Debtor,**

**and**

**BANK OF AMERICA, N.A.,**

    **Garnishee.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's January 17, 2023 report and recommendation. ECF No. 25. There has been no objection. I have determined the report and recommendation should be adopted. It is now ORDERED:

1.    The report and recommendation (ECF No. 25) is adopted and incorporated into this order.

2.    Plaintiff's motion for final judgment in garnishment (ECF No. 23) is GRANTED.

3.    As to the Writ of Garnishment against Bank of America, N.A. (ECF No. 7) and the Answer of Bank of America, N.A. (ECF No. 20), judgment of garnishment in favor of Plaintiff and against Garnishee Bank of America, N.A. in

the sum of $14,501.24 is entered and Bank of America, N.A. is directed to forward the funds to Plaintiff within ten days of the date of this order, payable to Emery Law, PLLC Trust Account and mailed to Emery Law, 5011 Gate Parkway, Bldg. 100, Suite 100, Jacksonville, Florida 32256.

4. Upon so doing, the Garnishee, Bank of America, N.A., is discharged from further liability under the Writ of Garnishment issued on July 18, 2022 as to Defendant Hector Rodriguez.

SO ORDERED on February 21, 2023.

s/ *Allen Winsor*
United States District Judge